1040

[No. 35733-6-I.    Division One .   July 22, 1996.]

*In the Matter of the Marriage of* VIRGINIA HAGINS,
*Appellant*, and IRA HAGINS, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 92-3-00549-2, Steven J. Mura, J., entered
October 4, 1994. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36123-6-I.    Division One.   July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. C.S.,
*Appellant.*

Appeal from a judgment of the Superior Court for Skag-
it County, No. 94-8-00106-4, Susan Cook, Commissioner,
entered January 31, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 36128-7-I.    Division One.   July 22, 1996.]

LIZ KATZENBERGER, *as Administratrix and as
Guardian, Appellants*, v. THE CITY OF SEATTLE,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 93-2-08612-1, James D. McCutcheon, J.,
entered December 9, 1994 and January 19, 1995. *Affirmed*
by unpublished opinion per Moynihan, J. Pro Tem.,
concurred in by Kennedy, A.C.J., and Cox, J.

[No. 36171-6-I.    Division One.   July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLAN G.
TORRES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03964-1, LeRoy McCullough, J., entered
January 31, 1995. *Affirmed* by unpublished opinion per El-
lington, J., concurred in by Baker, C.J., and Coleman, J.